UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN 1 0 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  **4:15CR274 CDP/NCC** |
| DAVID HALL, MATTHEW BRANNAN | ) |
| Defendants. | ) |

### INDICTMENT

### COUNT ONE
[Interstate Transportation of Stolen Property]
**THE GRAND JURY CHARGES THAT:**

In or about December of 2014, in the Eastern District of Missouri, the defendants,

**DAVID HALL** and
**MATTHEW BRANNAN,**

did unlawfully transport, transmit, and transfer in interstate commerce and cause to be transported, transmitted, and transferred in interstate commerce from St. Louis, State of Missouri, to Lockport, State of Illinois, stolen goods, wares and merchandise, that is, 20 Apple iPads, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18, United States Code, Section 2314.

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
GWENDOLYN E. CARROLL
Assistant United States Attorney